# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KEN ROBERTS,

    Plaintiff,

vs.

JAMES GREG COX, et al.,

    Defendants.

2:10-CV-01538-PMP-PAL

**ORDER**

**IT IS ORDERED that** Plaintiff Ken Roberts' Motion to Certify Class Action (Doc. #2), filed on September 8, 2010, is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Roberts shall within thirty days of the date of this Order, file an Application to Proceed *In Forma Pauperis*. In the event Plaintiff fails to do so this action will be **DISMISSED**.

DATED: October 22, 2010.

PHILIP M. PRO
United States District Judge