## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEN ROBERTS,
    #1031399
        Plaintiff,

vs.

JAMES COX,
        Defendant.

2:10-cv-01538-PMP-PAL

**ORDER**

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff's application to proceed *in forma pauperis* is incomplete however; he failed to file the required financial documentation, including the Financial Certificate signed by an authorized officer. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff is granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court, accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis*, along with all required financial documentation, on the form provided by

///

///

///

1 | this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this
2 | order may result in the dismissal of his lawsuit without prejudice.

4 | DATED this 24th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE