# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEN ROBERTS,
#1031399
    Plaintiff,

vs.

JAMES COX,
    Defendant.

2:10-cv-01538-PMP-GWF

**ORDER**

Plaintiff attempted to initiate a *pro se* prisoner civil rights action pursuant to U.S.C. § 1983, however he failed to file a complaint on the court-approved form. On January 5, 2011, the court granted plaintiff's application to proceed *in forma pauperis* and directed plaintiff to file a complaint on the court-approved form within thirty (30) days of entry of its order (docket #8). Plaintiff was expressly warned that failure to file an amended complaint would result in the dismissal of this action.

More than the allotted time has elapsed and plaintiff has not filed a complaint on the court's form, nor responded to the court's order in any manner. Accordingly, this action is dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: February 24, 2011.

PHILIP M. PRO
United States District Judge